IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    **Plaintiff**,<br><br>              v.<br><br>JUAN BRAVO-FERNÁNDEZ [1],<br><br>    **Defendant**. | **Criminal No.** 10-232 (FAB) |

**ORDER**

"DEFENDANT JUAN BRAVO-FERNÁNDEZ'S UNOPPOSED MOTION REQUESTING MODIFICATION OF CONDITIONS OF RELEASE" (Docket No. 1064) is **GRANTED** as follows:

Defendant Bravo may travel to the United States mainland and the United States Virgin Islands with prior permission from the probation officer. Any request for any international travel must be made by motion to the Court. Contact with trial witnesses is permitted, provided that defendant Bravo's relationship with the witness preceded the events which gave rise to the indictment. Any discussion about matters related to the case must be made in the presence of his attorneys.

**IT IS SO ORDERED**.

San Juan, Puerto Rico, July 20, 2018.

                                        s/ Francisco A. Besosa
                                        FRANCISCO A. BESOSA
                                        UNITED STATES DISTRICT JUDGE