# United States Court of Appeals
## For the First Circuit

_____

No. 18-1358

UNITED STATES OF AMERICA,

Appellee,

v.

JUAN BRAVO-FERNÁNDEZ,

Defendant, Appellant.

_____

**JUDGMENT**

Entered: January 17, 2019

     This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico and was argued by counsel.

     Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Juan Bravo-Fernández's 18 U.S.C. § 666 conviction is reversed, and the district court, on remand, is directed to enter a judgment of acquittal on that charge.


By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. Francisco A. Besosa
Frances Rios de Moran, Clerk, United States District Court for the District of Puerto Rico
Martin G. Weinberg
Maria Hortencia Sandoval
Kimberly Homan
Reid H. Weingarten
Carlos Javier Sagardia Abreu
Rachel B. Peck
William Lee Drake
Vijay Shanker

Mariana E. Bauza Almonte
Peter M. Koski
Monique T. Abrishami
Gwendolyn Amelia Stamper
Christian E. Pagan-Cordoliani
Maria L. Montanez-Concepcion
Juan A. Marques-Diaz
Luis Berrios-Amadeo
Jeffrey Michael Williams
David C. Indiano-Vicic