# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

V.

JUAN BRAVO-FERNANDEZ

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 3:10-cr-00232-1(FAB)

Pursuant to the Judgment of the Court of Appeals dated January 17, 2019 (Docket No. 1075) and the Mandate of the Court of Appeals dated February 8, 2019 (Docket No. 1077), defendant Bravo-Fernandez is ACQUITTED as to Count 4 (18 U.S.C. § 666).

s/Francisco A. Besosa

Signature of Judge

| Francisco A. Besosa | U.S. District Judge |
|---|---|
| Name of Judge | Title of Judge |

February 8, 2019

Date